NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RUSSELL CEJAS, a/k/a RUSSELL H. )
CEJAS, DOC #R54227, )
                                   )
        Appellant, )
                                   )
v. )        Case No.  2D18-1631
                                   )
STATE OF FLORIDA, )
                                   )
        Appellee. )
_____)

Opinion filed May 17, 2019.

Appeal from the Circuit Court for Pinellas
County; Nancy Moate Ley, Judge.

Russell Cejas, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.


SILBERMAN, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.